IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| COREY LEWIS COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 316-095 |
| | ) |
| WILLIAM DANFORTH, Warden, Telfair State Prison; SAM ZANDERS, Deputy Warden, Telfair State Prison; LT. RODNEY MCCLOUD, Unit Manager, Telfair State Prison; LIEUTENANT WILCOX, Telfair State Prison, SERGEANT JORDAN-THOMAS, Telfair State Prison; SERGEANT TAYLOR, Telfair State Prison; OFFICER BELL, Cert. Officer, Telfair State Prison; JOHN DOE, Cert. Officer, Telfair State Prison; JILL CRAVEY, Nurse, Telfair State Prison; and DR. CHANEY, Telfair State Prison,[1] | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

Plaintiff, an inmate at Georgia Diagnostic & Classification Prison ("GDCP") in Jackson, Georgia, is proceeding *pro se* and *in forma pauperis* ("IFP") in this civil rights case filed pursuant to 42 U.S.C. § 1983. (See doc. nos. 1, 12.) On December 6, 2016, the District Court for the Middle District of Georgia severed and transferred to this Court Plaintiff's Eighth and Fourteenth Amendment claims against Defendants Bell, Chaney, Danforth,

---

[1] The Court **DIRECTS** the Clerk to update the docket to reflect the amended caption.

Cravey,[2] Officer Doe, Jordan-Thomas, McCloud, Wilcox, Taylor, and Zanders, as well as the First Amendment retaliation claim against Defendant Danforth. (Doc. no. 72, p. 2.) On December 21, 2016, this Court directed attorney for Defendants to inform the Court within fourteen days whether he would accept service for Defendants Zanders and McCloud and whether he would be making an appearance on behalf of Defendant Taylor. (Doc. no. 76, p. 4.) The Court also extended the time for service of Defendant John Doe through the close of discovery to allow for the revelation of his identity. (Id. at 5.)

In response to the Court's direction, counsel entered an appearance on behalf of Defendants Danforth, Jordan-Thomas, Bell, Chaney, and Wilcox on December 22, 2016, and on behalf of Defendants Zanders, McCloud, and Taylor on January 4, 2017. (Doc. nos. 77, 78.) With Defendants' permission, counsel also waived service on behalf of Defendants Zanders and McCloud. (Doc. no. 78.) Defendants Bell, Chaney, Danforth, Jordan-Thomas, McCloud, Taylor, Wilcox, and Zanders subsequently filed an answer to Plaintiff's amended complaint. (Doc. no. 79.)

As all remaining Defendants other than Officer John Doe have been served and filed an answer, the case is ready to proceed. Accordingly, the Court **DIRECTS** the Clerk of

---

[2] Nurse Jane Doe has been identified as Nurse Jill Cravey. (See doc. no. 34, n. 1.)

Court to issue a scheduling order detailing discovery deadlines.

SO ORDERED this 17th day of January, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA