ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 APR 11  AM 9:09

CLERK M. Akins
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| COREY LEWIS COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DANFORTH, Warden, Telfair State Prison; SAM ZANDERS, Deputy Warden, Telfair State Prison; LT. RODNEY MCCLOUD, Unit Manager, Telfair State Prison; LIEUTENANT WILCOX, Telfair State Prison, SERGEANT JORDAN-THOMAS, Telfair State Prison; SERGEANT TAYLOR, Telfair State Prison; OFFICER BELL, Cert. Officer, Telfair State Prison; JOHN DOE, Cert. Officer, Telfair State Prison; JILL CRAVEY, Nurse, Telfair State Prison; and DR. CHANEY, Telfair State Prison,<br><br>Defendants. | CV 316-095 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for a temporary restraining order and preliminary injunction

(doc. no. 84).

SO ORDERED this \_\_11th\_\_ day of April, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE