IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| COREY LEWIS COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM DANFORTH, Warden, Telfair State Prison; SAM ZANDERS, Deputy Warden, Telfair State Prison; LT. RODNEY MCCLOUD, Unit Manager, Telfair State Prison; LIEUTENANT WILCOX, Telfair State Prison, SERGEANT JORDAN-THOMAS, Telfair State Prison; SERGEANT TAYLOR, Telfair State Prison; OFFICER BELL, Cert. Officer, Telfair State Prison; JOHN DOE, Cert. Officer, Telfair State Prison; JILL CRAVEY, Nurse, Telfair State Prison; and DR. CHANEY, Telfair State Prison, | ) ) ) ) ) ) ) ) ) ) ) ) ) CV 316-095 |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

Plaintiff, an inmate incarcerated at Georgia Diagnostic and Classification Prison ("GDCP") in Jackson, Georgia, commenced the above-captioned case concerning events at Telfair State Prison ("TSP"). On February 22, 2017, Plaintiff filed a motion to amend his complaint. (Doc. no. 86.) On March 13, 2017, the Court granted Plaintiff leave to amend his complaint and gave him detailed instruction on how to do so. (Doc. no. 92.) Plaintiff was warned "[i]f no response is timely received from Plaintiff, the Court will presume he no longer wishes to amend his complaint and the case will move forward on the basis of the

currently screened complaints (doc. nos. 1, 10, 38-1)." (Id. at 7.)  The time to amend his complaint has passed, and Plaintiff has neither filed an amended complaint in accordance with the Court's instructions nor informed the Court why he has not done so.  Therefore, the case will proceed on the basis of the currently screened complaints (doc. nos. 1, 10, 38-1).  The Court reminds the parties that its prior scheduling notice (doc. no. 81) remains in effect and discovery is set to close on June 6, 2017.

SO ORDERED this 20th day of April, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA