IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| COREY LEWIS COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-095 |
| | ) | |
| WILLIAM DANFORTH, Warden, Telfair State Prison; SAM ZANDERS, Deputy Warden, Telfair State Prison; LT. RODNEY MCCLOUD, Unit Manager, Telfair State Prison; LIEUTENANT WILCOX, Telfair State Prison, SERGEANT JORDAN, Telfair State Prison; SERGEANT TAYLOR, Telfair State Prison; OFFICER BELL, Cert. Officer, Telfair State Prison; JOHN DOE, Cert. Officer, Telfair State Prison, JANE DOE, Nurse, Telfair State Prison; and DR. CHANEY, Telfair State Prison, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Defendants submitted an excerpted transcript of Plaintiff's July 13, 2017 deposition as an exhibit to their summary judgment motion. (Doc. no. 143-10.) The Court **ORDERS** Defendants to submit the entire deposition transcript by supplemental filing on or before Wednesday, January 30, 2019.

SO ORDERED this 25th day of January, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA