IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| COREY LEWIS COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM DANFORTH, Warden, Telfair State Prison; SAM ZANDERS, Deputy Warden, Telfair State Prison; LT. RODNEY MCCLOUD, Unit Manager, Telfair State Prison; LIEUTENANT WILCOX, Telfair State Prison, SERGEANT JORDAN-THOMAS, Telfair State Prison; SERGEANT TAYLOR, Telfair State Prison; OFFICER BELL, Cert. Officer, Telfair State Prison; JILL CRAVEY, Nurse, Telfair State Prison; and DR. CHANEY, Telfair State Prison, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 316-095 |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment, (doc. no. 146), and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion for summary judgment, (doc. no. 142). The Court grants summary judgment for Defendants as to Plaintiff's Eighth Amendment claim for denial of medical care against Defendants Chaney and Cravey, First Amendment retaliatory transfer claim, and Fourteenth Amendment due process claim. The case shall

proceed to trial on Plaintiff's Eighth Amendment failure to protect claim for nominal damages only against Defendants Danforth, Zanders, McCloud, Wilcox, Jordan-Thomas, Taylor, and Bell.

SO ORDERED this 5TH day of March, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2