IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

COREY LEWIS COLEMAN,           *
                               *
        Plaintiff,             *
                               *
        v.                     *       CV 316-095
                               *
WILLIAM DANFORTH, et al.,      *
                               *
        Defendants.            *

## O R D E R

Before the Court is Plaintiff's motion for the issuance of writs, which was filed on the morning of Friday, September 20, 2019 *via* email for purposes of expedience. Plaintiff seeks writs of habeas corpus ad testificandum for four state prisoners so they may testify at a jury trial scheduled for Monday, September 23, 2019.

Counsel for Plaintiff has adequately prepared the case for trial as demonstrated by her appearance, argument, and presentation at the pre-trial conference on September 16, 2019. The Court has entered the Pretrial Order. A jury venire has been summoned to appear. And the case is otherwise ripe for resolution. The attendant circumstances of the case, however, have resulted in the timing of the motion that, if granted, would make trying the case on the scheduled date virtually impossible. Importantly,

there has been no demonstrated necessity for the four prisoner-witnesses beyond cumulative testimony.

Upon consideration of the matter, the Court hereby **DENIES** Plaintiff's motion for the issuance of writs. The case shall proceed to jury trial as scheduled on September 23, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2019.

*/s/ Dudley H. Bowen, Jr.*
UNITED STATES DISTRICT JUDGE