# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 26 PM 3: 17
CLERK M. Akins
SO. DIST. OF GA.

COREY LEWIS COLEMAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-CV-0095

V.

WILLIAM DANFORTH, WARDEN, et al.,

Defendants.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Oral Order of this Court entered on September 24, 2019, judgment as a matter of law is entered in favor of Defendant Kenneth Bell and against Plaintiff pursuant to Federal Rule of Civil Procedure 50(a). Further, in accordance with the Jury Verdict rendered on September 24, 2019, judgment is entered in favor of Defendants William Danforth, Karen Jordan-Thomas, Thomas Taylor, Rickey Wilcox, Sam Zanders, and Rodney McCloud and against Plaintiff. Each party will bear their own costs.

Date: September 26, 2019

Scott L. Poff
Clerk

(By) Deputy Clerk