AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# United States District Court
## Southern District of Georgia

2019 SEP 30 PM 4: 37

CLERK J. Hodges
SO. DIST. OF GA.

COREY LEWIS COLEMAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-CV-0095

V.

WILLIAM DANFORTH, WARDEN, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Orders of March 29 and April 2, 2019, the Report and Recommendations of the United States Magistrate Judge entered on February 8, 2019 is ADOPTED as the opinion of this Court. Accordingly, the Court grants summary judgment for Defendants Jill Cravey and Dr. Chaney. Judgment is entered in favor of Defendants Jill Cravey and Dr. Chaney and against Plaintiff. Each party will bear their own costs.

September 30, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/03